IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 24 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| MARCUS SMITH,<br>    Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No. 3:23-cv-477-KHJ-MTP<br>) |
| OLIPHANT USA, LLC.,<br>    Defendant. | )<br>) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### I.   INTRODUCTION

1. This is an action for damages brought by individual consumer Marcus Smith ("Mr. Smith"), against Defendant Oliphant USA LLC for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (hereinafter "FCRA"), prohibits obtaining a consumer report under false pretenses or knowingly without a permissible purpose.

### II.   JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331. The venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because Plaintiff resides in this district, Defendant conducts business in this district, and communications giving rise to this action occurred in this district.

### III.   PARTIES

3. Plaintiff Marcus Smith (hereinafter "Mr. Smith"), is a natural person residing in the state of Mississippi, Madison County, Mississippi. Mr. Smith is a consumer as defined by the

Fair Credit Reporting Act 15 U.S.C § 1681a(c).

4. Upon information and belief, Defendant Oliphant USA, LLC is a Florida corporation with its principal place of business located at 1800 2nd Street, Suite 603 Sarasota, FL 34236. With the Mississippi Secretary of State, Oliphant USA, LLC. has a business id: 1175036 since April 11, 2019, and its registered agent is URS Agents, Inc. 248 E. Capital Street, Suite 840 Jackson, MS 39201.

## IV.    FACTUAL ALLEGATIONS

5. On or about June 20, 2023, Plaintiff reviewed his TransUnion consumer report.

6. After reviewing the report Plaintiff observed an unauthorized hard inquiry by Defendant, Oliphant USA LLC dated 12/11/2022. A copy of this is attached as Exhibit A.

7. Plaintiff sent a certified letter via USPS tracking 7022 3330 0000 7245 2691, requesting that defendant Oliphant USA LLC provide documentation that certifies their permissible purpose under the FCRA. A copy of this letter is attached as Exhibit B.

8. Defendant hasn't provided the requested information as of this date.

9. According to 15 U.S.C. § 1681a(r)(4) the term "account" is defined as having the same meaning as in section 1693a of this title.

10. Plaintiff never initiated any credit transactions with Defendant nor had an "account" with Defendant.

11. Defendant did not meet the permissible purpose requirements under the Fair Credit Reporting Act.

## V.    COUNT I
## VIOLATION OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C § 1681b
## AGAINST DEFENDANT OLIPHANT USA LLC

12. All preceding paragraphs are realleged.

13. The Defendant violations include but are not limited to the following:

   (a) Defendant violated the Fair Credit Reporting Act by failing to have permissible purpose to obtain Plaintiff consumer report pursuant to 15 U.S.C § 1681b;

   (b) Defendant did not have a court order to obtain Plaintiff consumer report;

   (c) Plaintiff never gave written permission for Defendant to obtain his consumer report;

   (d) Plaintiff does not have an account, which is defined under and has the same meaning under the Electronic Funds Transfer Act 15 U.S.C § 1693a(2), with the Defendant.

14. As a result of Defendant's violation 15 U.S.C. § 1681b, Plaintiff has suffered actual damages including but not limited to invasion of privacy, anger, anxiety, decreased ability to focus on tasks while at work, and frustration amongst other negative emotions.

15. The Defendant is liable to the Plaintiff for actual damages, statutory damages, and costs.

## VI.    JURY DEMAND AND PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant for:

A. Violating the FCRA;

B. Actual damages pursuant to 15 U.S.C. § 1681n(a)(1)(A);

C. Statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(B);

D. Costs pursuant to 15 U.S.C. § 1681n(a)(3);

E. For such other and further relief as the Court may deem just proper.

Dated: July 24, 2023

Respectfully submitted,

/s/ *Marcus Smith*

Marcus Smith Pro Se Plaintiff
124 Davis Ave.
Canton, MS 39046
(662) 836-6012 or
(662) 299-6106
marcussmith601298@gmail.com