UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARCUS SMITH                                                                                         PLAINTIFF

V.                                                     CIVIL ACTION NO. 3:23-CV-477-KHJ-MTP

OLIPHANT USA, LLC                                                                              DEFENDANT

FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant. Plaintiff's claims are dismissed without prejudice. This case is closed.

SO ORDERED, this 25th day of September, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE